Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000724
26-JUN-2013
09:29 AM

NO. CAAP-13-0000724

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD S. DANCIL, Plaintiff-Appellant, v.
KULA HOSPITAL AND CLINIC, a division of HAWAII
HEALTH SYSTEMS CORPORATION, et al., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0604(3))

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 24
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On May 8, 2013, Plaintiff-Appellant Richard S. Dancil (Appellant), pro se, filed a notice of appeal;

(2) On May 31, 2013, the court denied Appellant's motion for leave to proceed in forma pauperis, and ordered Appellant to pay the required filing fee pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 24(c), or the appeal would be dismissed;

(3) HRAP Rule 24(c) provides that an appeal may be dismissed if a motion to proceed in forma paupers is denied and the moving party fails to pay all unpaid filing fees or give security for costs within ten days after denial of the motion; and

(4) Appellant took no further action in this appeal, and did not pay the filing fee or give security for costs. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, June 26, 2013.

Chief Judge

Associate Judge

Associate Judge